COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00820-CV |
| Style: | In re Galveston County Judge Mark Henry, Galveston County Commissioner Ryan Dennard, Galveston County Commissioner Kevin O'Brien, Galveston County Commissioner Stephen Holmes, and Galveston County Commissioner Ken Clark, in Their Official Capacities as the Galveston County Commissioners Court |
| Date motion filed[*]: | October 24, 2014 |
| Type of motion: | Unopposed Motion to Substitute Exhibit |
| Party filing motion: | Respondent |
| Document to be filed: | |

Is appeal accelerated?      No

If motion to extend time:
   Original due date:
   Number of previous extensions granted:          Current Due date:
   Date Requested:

Ordered that motion is:

   ☑   Granted

      If document is to be filed, document due:

      ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances.

   ☐   Denied

   ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐   Other: _____

_____

_____

_____

Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date:  February 3, 2015